**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 24 CV 4881 |
| v. ) | |
| ) | |
| ) | |
| Elly's on Milwaukee, Inc., ) | |
| ) | |
| Defendant. ) | |

COMPLAINT – FLSA Violations

The plaintiff, the United States of America, by and through one of its attorneys for the Northern District of Illinois, Nathan Lollis, Esq., of Schuerger Law Group, sets forth its Complaint against the defendant, Elly's on Milwaukee, Inc. and states as follows:

1. The Court has jurisdiction for this case because the United States of America is the plaintiff ("Plaintiff"). 28 U.S.C. § 1345.

2. Plaintiff is the United States of America, acting through the Department of the Treasury's Bureau of the Fiscal Service ("Treasury") on behalf of the Department of Labor Wage and Hour Division ("DOL/WHD").

3. The debt was referred to the Treasury in accordance with the Debt Collections Improvement Act of 1996 (DCIA). 31 U.S.C. § 3701, *et seq.*

4. The address where defendant, Elly's on Milwaukee, Inc. ("Defendant") operates its business is 5310 N. Milwaukee Ave, Chicago, Illinois 60630 which is located in the Northern District of Illinois.

5. Between the dates of January 31, 2015, through January 31, 2017, Investigator Galvan of DOL/WHD conducted an investigation of Defendant under the Fair Labor Standards Act ("FLSA").

6. Upon completion of the Investigation covering Defendant's operations from January 31, 2015, through January 31st, 2017, DOL/WHD issued monetary violations against Defendant in the amount of $4,434.41. Ex. A, Certificate of Indebtedness.

7. The monetary violations were for violation of the FLSA for both failing to pay the minimum wage to employees and failure to pay back wages for five employees.

8. These violations resulted in underpayments totaling $8,019.67 due to six employees pursuant to the Summary of Unpaid Wages.

9. Defendant agreed to comply fully with all the provisions of the FLSA in the future and have agreed to pay these back wages in full by December 15, 2018.

10. For the monetary violations, Plaintiff gave Defendant the opportunity to pay the amount in installments, but Defendant did not make payments.

11. The debt Defendant owed to Plaintiff in this matter became delinquent on June 14, 2019.

12. DOL/WHD referred the claim to Treasury to collect the delinquent debt in 2020.

13. On or about August 20, 2020, DOL/WHD sent additional notice to Defendant regarding the debt owed and potential collection action.

14. On or around September 28, 2020, DOL/WHD sent another demand letter to Defendant, seeking payment in this matter.

15. As of June 12, 2023, DOL/WHD certified the debt owed by Defendant in the amount of $8.222.56, which is comprised of the following amounts:

**Principal:** $4,434.41

**Interest** (@ 2.00%): $398.48

**Penalty** (@ 6.00%): $1,179.44

**Admin Fees**: $2,210.23

Ex. A.

16. This claim arises in connection to violation of the FLSA. 29 U.S.C. §§ 201, 206.

17. Plaintiff is entitled to and required to seek interest, penalties and administrative fees. 31 U.S.C. § 3717(e), 31 U.S.C. § 3711(g)(6), (7); 31 C.F.R. § 285.12(j); 31 C.F.R. § 901.1(f); and 28 U.S.C. § 527; 29 U.S.C. § 216(e); 29 C.F.R. § 578 - 578.4.

WHEREFORE, Plaintiff respectfully request that this Court enter a judgment against the Defendant in the amount of $8,222.56, which includes interest, penalty interest, and administrative fees; and any other relief such as the Court may deem just and proper.

By: /s/ Nathan Lollis, Esq.
Nathan Lollis (6257247)
Schuerger Law Group
Private Counsel, United States Department of Justice
72 S. La Grange Rd., Ste. #7
La Grange, IL 60525
P. 312-789-4207
nlollis@schuergerlaw.com
efiling@schuergerlaw.com
*Attorney for Plaintiff*

Date: June 12, 2024